IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, et al.<br><br>Plaintiff,<br><br>v.<br><br>ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., et al.<br><br>Defendants. | CIVIL ACTION<br>No. 08-cv-5904 |

## ORDER

**AND NOW**, this 11th day of March 2010, upon consideration of Defendants' Motion to Dismiss [docket entry No. 14]; Plaintiffs' Answer to Defendants' Motion to Dismiss [docket entry Nos. 15 and 16]; and Defendants' Reply [docket entry No. 19], and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART**. Defendants' Motion to Dismiss Plaintiffs' **COUNTS I** and **IV** is **DENIED**. Defendants' Motion to Dismiss Plaintiffs' **COUNTS II** and **III** is **GRANTED**. Counts II and III are hereby **DISMISSED**.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
**CYNTHIA M. RUFE, J.**