IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, *et al.*, | : : : : : | CIVIL ACTION |
| Plaintiffs, | : : | NO. 08-5904 |
| v. | : : | |
| ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., *et al.*, | : : : | |
| Defendants. | : : | |

**O R D E R**

**AND NOW**, this 12th day of March 2012, upon consideration of Defendants' Motion for Summary Judgment and Plaintiffs' opposition thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. Summary judgment is entered **IN FAVOR OF** Defendants, Ortho-McNeil-Jannsen Pharmaceuticals, Inc., Sandoz, Inc., and ALZA Corporation, and **AGAINST** Plaintiffs, American Federation of State, County and Municipal Employees District Council 47 Health and Welfare Fund, and Philadelphia Firefighters Union Local No. 22 Health and Welfare Fund. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**